UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2021 APR 28 P 1: 39
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 245(b)(2)(B) |
| | ) Interference with Rights |
| TRAVIS MCMICHAEL, | ) |
| | ) 18 U.S.C. § 1201(a)(1) and (d) |
| GREGORY MCMICHAEL, and | ) Attempted Kidnapping |
| | ) |
| WILLIAM "RODDIE" BRYAN | ) 18 U.S.C. § 924(c) |
| | ) Use of a Firearm During |
| | ) a Crime of Violence |

CR221-022

PENALTY CERTIFICATION

The undersigned attorneys hereby certify that the maximum penalties for the

offenses described in the Indictment are as follows:

**Counts 1 and 2:  Interference with Rights**
18 U.S.C. § 245(b)(2)(B)

- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

**Count 3:   Attempted Kidnapping**
18 U.S.C. § 1201(a)(1) and (d)

- Up to 20 years imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

**Count 4:**  **Using, Carrying, Brandishing, and Discharging a Firearm**
              18 U.S.C. § 924(c)(1)(A)

- Not less than ten (10) years of imprisonment, consecutive to any other sentence imposed in the case;
- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

**Count 5:**  **Using, Carrying, and Brandishing a Firearm**
              18 U.S.C. § 924(c)(1)(A)

- Not less than seven (7) years of imprisonment, consecutive to any other sentence imposed in the case;
- Up to life imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release;
- $100 special assessment; and
- Mandatory restitution under 18 U.S.C. § 3663A.

Respectfully submitted,

PAMELA S. KARLAN                            DAVID H. ESTES
Principal Deputy Asst. Attorney General     Acting United States Attorney


*s/Christopher J. Perras*                   *s/Tara M. Lyons*
Christopher J. Perras                        Tara M. Lyons
Special Litigation Counsel                   Assistant United States Attorney
Criminal Section, Civil Rights Division      United States Attorney's Office
United States Department of Justice          Southern District of Georgia


*s/Barbara (Bobbi) Bernstein*
Barbara (Bobbi) Bernstein
Deputy Chief
Criminal Section, Civil Rights Division
United States Department of Justice