# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,

    v.                                             2:21-CR-22

TRAVIS MCMICHAEL,
GREGORY MCMICHAEL, and
WILLIAM "RODDIE" BRYAN

<u>**ORDER**</u>

Just before trial, this Court entered an order prohibiting public disclosure of the names and images of jurors and prospective jurors. <u>See</u> Dkt. No. 169 at 2. That decision was premised on a finding that widespread and intense media attention to the case might expose jurors to intimidation or harassment. <u>See</u> <u>United States v. Ross</u>, 33 F.3d 1507, 1519-22 (11th Cir. 1994). In doing so, the Court considered all of the circumstances surrounding the case, including the media coverage, the nature of the case, and the specific evidence and issues in the case. There were no objections.

Since then, the Court has taken precautions to minimize any prejudicial effects and to protect the parties' fundamental rights to an impartial jury and a fair trial. These include:

1) utilizing a thorough questionnaire to gather information about prospective jurors prior to voir dire;

2) conducting a thorough and sifting voir dire over five days (made up of panel questions, individual questions, Court led questions, and counsel led questions, both in open court and at side bar);

3) disclosing the names of prospective jurors to counsel and the parties;

4) giving cautionary instructions to the jury informing them that their names were withheld to protect their privacy from any unwanted media attention.

The Court enters this written order to formally memorialize these procedures and cautionary measures on the record.

This 22nd day of February, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA